IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN DAVID COE**                                                            **PLAINTIFF**
**ADC #652804**

v.                      Case No: 4:23-cv-00139-JM

**DEXTER PAYNE,** *et al.*                                         **DEFENDANTS**

## ORDER

Plaintiff John David Coe filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on February 17, 2023, while incarcerated at the Arkansas Division of Correction's Wrightsville Unit (Doc. No. 2). After being directed to either pay the complete filing and administrative fees of $402 or submit a complete application for leave to proceed *in forma pauperis,* Coe paid the fees in full (Doc. No. 5). On March 8, 2023, U.S. Magistrate Judge Patricia S. Harris entered an order directing Coe to file an amended complaint within 30 days to clarify his claims. *See* Doc. No. 7. Coe was cautioned that failure to comply with the Court's order within that time may result in the dismissal of his case. *Id.* Coe twice moved for and received extensions of time to file his amended complaint. *See* Doc. Nos. 11-12 & 15-16. His amended complaint was last due June 7, 2023. *See* Doc. No. 16.

Because Coe has not timely filed an amended complaint in accordance with Judge Harris's order, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Coe's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 27th day of June, 2023.

                                                                                               
UNITED STATES DISTRICT JUDGE