IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN DAVID COE**                                                                              **PLAINTIFF**
**ADC #652804**

v.                                   Case No: **4:23-cv-00139-JM**

**DEXTER PAYNE,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE